Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
### for the
# DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

Case No. A̶0̶5̶-0126-006CR (HRH)

*(handwritten: A04)*

DANIEL NASUNIN

On 07/29/2005, the above-named was placed on probation for a period of 3 years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. The defendant has done well and has continued to submit his Monthly Supervision Reports. There are no known issues of non-compliance and all financial obligations have been met. It is accordingly recommended that Daniel Nasunin be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE

Chris Liedike                                         Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this ___2___ day of ___Nov___, 20_06_

REDACTED SIGNATURE

H. Russel Holland
Senior U.S. District Court Judge